**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-03638 |
| Katherine E Gast Crook | ) | Chapter 13 |
| | ) | Judge: Michael B. Slade |
| Debtor | ) | |

Katherine E Gast Crook
2551 Bluewater Dr
Wauconda, IL 60084

DAVID FREYDIN LTD
8707 SKOKIE BLVD #305
SKOKIE, IL 60077

**NOTICE OF MOTION**

Please take notice that on June 11, 2025 at 10:30 am, a representative of this office shall appear before the Honorable Judge Michael B. Slade, or any judge sitting in that judge's place, either in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604 or electronically as described below and present the Trustee's motion a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **160 817 7512** and the passcode is **623389.**  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888
stearns_g@lisle13.com

/s/  Glenn Stearns
FOR: Glenn Stearns, Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: ) Case No. 25-03638
Katherine E Gast Crook ) Chapter 13
) Judge: Michael B. Slade
Debtor )
)

### CERTIFICATE OF SERVICE

I, Jenn Karmia,

☐ an attorney, certify

or

[X]  a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown below at the address shown and by the method indicated on June 03, 2025 at 5:00p.m. .


DAVID FREYDIN LTD
8707 SKOKIE BLVD #305
SKOKIE, IL  60077

via CM/ECF


Katherine E Gast Crook
2551 Bluewater Dr
Wauconda, IL  60084

U.S. mail


Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888
stearns_g@lisle13.com

/s/   Jenn Karmia
FOR: Glenn Stearns, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ) Case No. 25-03638
Katherine E Gast Crook ) Chapter 13
) Judge: Michael B. Slade
       Debtor )

## MOTION TO DISMISS FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Monday, March 10, 2025.
2. The Debtor has failed to:
    a. Give notice to all creditors.
    b. Commence making timely plan payments.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888
stearns_g@lisle13.com

/s/   Glenn Stearns
FOR: Glenn Stearns, Chapter 13 Trustee