UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 25-03638 |
|---|---|---|
| Katherine E. Gast Crook | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Michael B. Slade |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS**

This case coming before the court on the trustee's motion to dismiss case for ineligibility, due notice having been given and the court being fully advised,

IT IS HEREBY ORDERED:

The trustee's motion is granted.  This case is dismissed.

Enter:

Honorable Michael B. Slade
United States Bankruptcy Judge

Dated:  June 11, 2025